**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

CASE NO. _____

JESSE GONZALEZ,

      Plaintiff,

v.

THE GEO GROUP, INC.,
A Florida Profit Corporation,

      Defendant.
_____/

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, The GEO Group, Inc., pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, respectfully files this Notice of Removal giving notice that it is removing this action to the United States District Court for the Southern District of Florida. In support of this Notice of Removal, Defendant states as follows:

1.      On or about October 5, 2017, Plaintiff, Jesse Gonzalez, filed this civil action against Defendant in the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida, Case No: CACE-17-018413 ("the State Court Action").

2.      The Complaint alleges that Defendant violated the Florida Whistleblower Act ("FWA") and the federal Family and Medical Leave Act ("FMLA").

3.      This action is within the original federal question jurisdiction of this Court pursuant to 28 U.S.C. §1331, because Plaintiff has asserted a claim under federal law based on the FMLA.  This Court has supplemental jurisdiction over Plaintiff's FWA claim pursuant to 28 U.S.C. §1367(a).

4.      Counsel for Defendant waived service of the Complaint on October 11, 2017. Thus, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), within thirty-days (30) from the date on which Defendant received notice of the State Court Action.

5.      The United States District Court for the Southern District of Florida, Fort Lauderdale Division, embraces the location in which the original action was filed. Thus, removal is proper to this Court pursuant to 28 U.S.C. § 1446(a).

6.      A true and correct copy of all process, pleadings, and orders served upon Defendant in the State Court Action is attached hereto as **Composite Exhibit A**, as required by 28 U.S.C. § 1446(a).

7.      Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal has been given to Plaintiff and a copy of this Notice of Removal has been filed with the Clerk of the 17th Judicial Circuit in and for Broward County, Florida.  A copy of Defendant's Notice of Filing Notice of Removal is attached hereto as **Exhibit B**.

8.      The required filing fee and an executed civil cover sheet accompany this Notice of Removal.

**Dated**: November 8, 2017

Respectfully submitted,

*/s/ Miguel A. Morel*
Patrick G. DeBlasio III, Esq.
Florida Bar No. 871737
E-mail:  pdeblasio@littler.com
Secondary:  btapia@littler.com
Miguel A. Morel, Esq.
Florida Bar No. 89163
E-mail:  mamorel@littler.com
Secondary:  kljackson@littler.com
LITTLER MENDELSON, P.C.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, FL 33131
Telephone: (305) 400-7500
Facsimile:  (305) 603-2552

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 8th day of November 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the matter specified either via transmission of notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

BY:  */s/ Miguel A. Morel*
Miguel A. Morel, Esq.

3

## SERVICE LIST

### COUNSEL FOR PLAINTIFF

Noah E. Storch, Esq.
Florida Bar No. 0085476
E-mail:  noah@floridaovertimelawyer.com
Richard Celler, Esq.
Florida Bar No. 0173370
E-mail:  richard@floridaovertimelawyer.com
RICHARD CELLER LEGAL, P.A.
7450 Griffin Road, Suite 230
Davie, FL 33314
Telephone:  (866) 344-9243
Facsimile:   (954) 337-2771

### COUNSEL FOR DEFENDANT

Patrick G. DeBlasio III, Esq.
Florida Bar No. 871737
E-mail:  pdeblasio@littler.com
Secondary:  btapia@littler.com
Miguel A. Morel, Esq.
Florida Bar No. 089163
E-mail:  mamorel@littler.com
Secondary:  kljackson@littler.com
LITTLER MENDELSON, P.C.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, FL 33131
Telephone: (305) 400-7500
Facsimile:  (305) 603-2552

Firmwide:150773186.1 080853.1032