UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-62186-WPD

JESSE GONZALEZ,

      Plaintiff,

vs.

THE GEO GROUP, INC., A Florida
Profit Corporation,

      Defendant.

_____/

**ORDER GRANTING PLAINTIFF'S MOTION
FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

THIS CAUSE is before the Court upon the Plaintiff's Motion for extension of time to file his response to Defendant's Motion for Summary Judgment up to and including November 26, 2018 [DE 20], having reviewed the Motion, and noting that it is unopposed, it is hereby

**ORDERED** and **ADJUDGED** that:

1.  The Motion [DE 20] is **GRANTED.**

2.  The Plaintiff shall file his response on or before November 26, 2018.

**DONE** and **ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 7th day of November, 2018.

WILLIAM P. DIMITROULEAS
United States District Judge

cc:  All Counsel of Record