UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:17-cv-62186-WPD

JESSE GONZALEZ,

*Plaintiff,*

v.

THE GEO GROUP, INC.,

*Defendant.*

_____

**ORDER GRANTING DEFENDANT'S MOTION FOR
COUNSEL TO APPEAR TELEPHONICALLY FOR CALENDAR CALL**

**THIS CAUSE**, having come before the Court on the Defendant's Motion for Counsel to Appear Telephonically for Calendar Call [DE 31], and the Court having reviewed the Motion and being otherwise fully advised in the premises, it is hereby, **ORDERED AND ADJUDGED** that Defendant's Motion [DE 31] is hereby **GRANTED** as follows:

1.     The attorney who intends to appear telephonically at the calendar call must file a Notice with the Court prior to the hearing, providing the **name(s)** and the **direct telephone number** of the attorney so that the call can be made;

2.     The telephone number must be a **direct** line to the attorney who will attend the hearing (as opposed to a receptionist or an assistant), and the attorney may not use a speakerphone;

3.     Only one phone line can call in to the courtroom phone.  Accordingly, if more than one attorney intends to appear telephonically on behalf of Defendant, the

attorneys must coordinate with each other in advance to appear telephonically on one phone line.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 6th day of December, 2018.

WILLIAM P. DIMITROULEAS
United States District Judge

cc:  Counsel of Record