UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cv-62186-WPD

JESSE GONZALEZ,

      Plaintiff,

vs.

THE GEO GROUP, INC., a Florida
Profit Corporation,

      Defendant.

_____

## ORDER GRANTING PARTIES' JOINT MOTION FOR ONE DAY EXTENSION OF TIME TO FILE OBJECTIONS TO TRIAL EXHIBITS AND WITNESSES

**THIS CAUSE** came before the Court upon Plaintiff's Jesse Gonzalez ("Plaintiff") and the GEO Group, Inc.'s ("GEO") Joint Motion for One Day Extension of Time to File Objection To Trial Exhibits and Witnesses [DE 41], and the Court fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Parties' Motion [DE 41] is **GRANTED**. The Parties shall have up to, and including, January 7, 2019 to file their respective objection to their Trial Exhibits.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 7th day of January, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:
Counsel of Record

1