UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cv-62186-WPD

JESSE GONZALEZ,

      Plaintiff,

vs.

THE GEO GROUP, INC., a Florida
Profit Corporation,

      Defendant.

_____

## ORDER ON NOTICE OF SETTLEMENT

THIS CAUSE is before the Court on the parties' Notice of Settlement [DE 45], filed on

January 10, 2019.  In light of the settlement of this case, it is **ORDERED AND ADJUDGED** as

follows:

1.      The parties shall file the appropriate dismissal papers on or before **January 24, 2019** by 12:00 noon.

2.      This case is **RESET** for trial on the two-week calendar commencing **January 28, 2019** at 9:00 a.m. Calendar call is **RESET** for **January 25, 2019** at 10:00 a.m. These proceedings shall be conducted in Courtroom 205B at the U.S. Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, FL.

3.      In the event that a Joint Stipulation of Dismissal is not filed by 12:00 noon on **January 24, 2019**, the parties are expected to appear at calendar call and should be prepared to try this case commencing on January 28, 2019.

4.      All pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 11th day of January, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:
Counsel of Record