UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cv-62186-WPD

JESSE GONZALEZ,

      Plaintiff,

vs.

THE GEO GROUP, INC., a Florida
Profit Corporation,

      Defendant.

_____

## ORDER GRANTING UNOPPOSED MOTION FOR ONE DAY EXTENSION OF TIME TO FILE JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court on the Unopposed Motion for One Day Extension of Time to File Joint Stipulation of Dismissal With Prejudice [DE 47], filed on January 24, 2019.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.      The Motion [DE 47] is **GRANTED;**

2.      The parties shall file the appropriate dismissal papers on or before **January 25, 2019**.

2.      This case is **RESET** for trial on the two-week calendar commencing **February 4, 2019** at 9:00 a.m. Calendar call is **RESET** for **Thursday, January 31, 2019** at 10:00 a.m.  These proceedings shall be conducted in Courtroom 205B at the U.S. Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, FL.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 24th day of January, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:
Counsel of Record