UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cv-62186-WPD

JESSE GONZALEZ,

     Plaintiff,

vs.

THE GEO GROUP, INC., a Florida
Profit Corporation,

     Defendant.

_____

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court on the parties' Joint Stipulation of Dismissal with Prejudice, and the Court, having considered same, having reviewed the file, and being otherwise advised in the premises, it is hereby **ORDERED AND ADJUDGED**:

1. The Stipulation is **APPROVED**;

2. The above-styled case is **DISMISSED WITH PREJUDICE,** with each party to bear their own attorneys' fees and costs except as otherwise agreed;

3. The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of January, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

1

2

Copies provided to:
Counsel of Record